USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/07

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CUTTING EDGE ENTERPRISES, INC.,

                Plaintiff,

06 CIVIL 0667 (GBD)

-against-

**JUDGMENT**

THE NATIONAL ASSOCIATION OF ATTORNEYS
GENERAL, et al.,

                Defendants.
------------------------------------------------------------X

      NAAG and the Attorneys General each having moved to dismiss the complaint for lack of personal jurisdiction, lack of subject matter jurisdiction, and improper venue, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on March 6, 2007, having rendered its Memorandum Decision and Order granting the motions to dismiss filed by defendants NAAG and the state Attorneys General and dismissing the amended complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 7, 2007, the motions to dismiss filed by defendants NAAG and the state Attorneys General are granted and the amended complaint is dismissed.

**Dated:** New York, New York
         March 7, 2007

                                      **J. MICHAEL McMAHON**

                                          Clerk of Court

                BY: _____

                                          **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____